IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CADENCE BANK, N.A.**, etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 15-0134-WS-N |
| | ) |
| **REX CABANNIS**, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

The plaintiff has filed a motion to strike jury demand. (Doc. 17). The defendants do not oppose the motion. (Doc. 27). Accordingly, the motion is **granted**. The defendants' jury demand is **stricken**.[1]

DONE and ORDERED this 28th day of July, 2015.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The defendants "seek the Court's permission to reserve the right to demand a jury trial if discovery reveals an issue for which the Defendants would be entitled to it." (Doc. 27 at 2). The defendants' ability to obtain a jury trial depends on governing law or the plaintiff's acquiescence. The Court therefore cannot grant the defendants the assurance they seek.